Taras Kick, CA Bar No. 143379
Taras@kicklawfirm.com
Jeffrey Bils, CA Bar No. 301629
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Tel: (310) 395-2988 Fax: (310) 395-2088

Jeffrey D. Kaliel, CA Bar No. 238293
jkaliel@kalielpllc.com
Sophia G. Gold, CA Bar No. 307971
sgold@kalielgold.com
**KALIEL GOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

Kevin P. Roddy, CA Bar No. 128283
kroddy@wilentz.com
**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Tel: (732) 636-8000 Fax: (732) 726-6686

Attorneys for Plaintiff
Sylvia Varga and the Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA VARGA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES FEDERAL CREDIT UNION, and DOES 1-100,<br><br>Defendants. | **CASE NO.:** 2:20-CV-04380-DSF-KS<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br><u>Hearing</u><br>Date: December 13, 2021<br>Time: 1:30 p.m.<br>Place: Courtroom 7D<br>**Hon. Dale S. Fischer** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 13, 2021, at 1:30 p.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Dale S. Fischer, First Street Courthouse, 350 West 1st Street, Courtroom 7D, Los Angeles, California, 90012, Plaintiff Silvia Varga will and hereby does move pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order granting final approval to the class action settlement in this matter, awarding attorneys' fees and costs, and approving the class representative service award.

**STATEMENT OF ISSUES TO BE DECIDED**

By this motion, Plaintiffs move the Court for an Order:

1. Finally approving the settlement in this action;

2. Finally certifying a settlement class;

3. Awarding attorney fees in the amount of $441,451.75;

4. Awarding reimbursable litigation costs in the amount of $26,373;

5. Awarding claims administrator costs of $53,500; and,

6. Finally approving the class representative service award.

This Motion is based on the accompanying Memorandum of Points and Authorities, Declarations of Taras Kick, Jeffrey D. Kaliel, Kevin Roddy, Sylvia Varga, Arthur Olsen, Robert Weissman, and Alex Thomas of the claims administrator KCC Class Action Services, LLC ("KCC") filed in support of this motion, and all exhibits thereto, all papers and records on file in this matter, and such other matter as the Court may allow.

Dated: November 1, 2021          Respectfully submitted,

By:   /s/ Taras Kick
Taras Kick
Taras@kicklawfirm.com
Jeffrey Bils

-1-

THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, CA 90049
Telephone: (310) 395-2988
Facsimile: (310) 395-2088

Jeffrey D. Kaliel, CA Bar No. 238293
jkaliel@kalielpllc.com
Sophia Gold (CA State Bar No. 307971)
sgold@kalielpllc.com
**KALIEL PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

Kevin P. Roddy, CA Bar No. 128283
kroddy@wilentz.com
**WILENTZ, GOLDMAN & SPITZER,**
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ  07095
Tel:  (732) 636-8000 Fax:  (732) 726-6686

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of November 2021, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

         */s/ Jeffrey C. Bils*
         Jeffrey C. Bils