Stuart M. Richter (CA 126231)
stuart.richter@katten.com
Andrew J. Demko (CA 247320)
andrew.demko@katten.com
Camille A. Cameron (CA 307859)
camille.cameron@katten.com
Ashley T. Brines (CA 322988)
ashley.brines@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
American Airlines Federal Credit Union

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA VARGA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES FEDERAL CREDIT UNION, and DOES 1-100,<br><br>Defendants. | Case No.   2:20-cv-04380-DSF-KS<br><br>**JOINT STATEMENT REGARDING *CY PRES* RECIPIENT**<br><br>**Hon. Dale S. Fischer** |

Plaintiff Sylvia Varga ("Plaintiff") and defendant American Airlines Federal Credit Union ("American Airlines FCU") (together, the "Parties"), through their respective counsel, submit the following joint statement pursuant to the Court's request at the December 13, 2021, Hearing on Final Approval of Class Settlement (Dkt. 60):

The Parties have met and conferred and agree that any *cy pres* payment should be provided to each of the party's proposed *cy pres* recipient, allocated as follows: 50% of the *cy pres* payment to Public Citizen Foundation (Plaintiff's proposed *cy pres* recipient, as set forth in the Motion For Final Approval); and 50% of the *cy pres* payment to Junior Achievement USA (American Airlines FCU's proposed *cy pres* recipient).

|  | Respectfully submitted, |
|---|---|
| Dated: December 21, 2021 | **THE KICK LAW FIRM** |
|  | By: /s/ Taras Kick |
|  | Attorneys for Plaintiff |
| Dated: December 21, 2021 | **KATTEN MUCHIN ROSENMAN LLP** |
|  | By: /s/ Stuart M. Richter |
|  | Attorneys for Defendant American Airlines Federal Credit Union |

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| Dated: December 21, 2021 | **KATTEN MUCHIN ROSENMAN LLP** |
|---|---|
|  | By: /s/ Stuart M. Richter |
|  | Attorneys for Defendant American Airlines Federal Credit Union |