# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA VARGA, individually, and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES FEDERAL CREDIT UNION, et al.,<br>    Defendants. | CV 20-4380 DSF (KSx)<br><br>Order Re Proposed Cy Pres Award |

    The parties are ordered to submit an explanation as to how each of the proposed *cy pres* recipients meets the Ninth Circuit's requirements set forth in <u>Dennis v. Kellogg Co.</u>, 697 F.3d 858 (9th Cir. 2012). If the organization focusses on some issues that meet the Ninth Circuit standards and some that do not, counsel must ensure that any *cy pres* funds can be specifically designated for the compliant purposes.

    IT IS SO ORDERED.

Date: December 22, 2021

                                                *Dale S. Fischer*
                                                Dale S. Fischer
                                                United States District Judge